**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

**PAMELA KYLE,**

**Plaintiff,** **Case No. 1:26-cv-00022**

**v.** **Chief Judge Campbell**
**Magistrate Judge Holmes**

**GENERAL MOTORS, LLC, et al.,**

**Defendants.**

## PLAINTIFF'S UNOPPOSED THIRD MOTION TO AMEND COMPLAINT

Plaintiff Pamela Kyle, by and through undersigned counsel, respectfully moves for leave to file the attached Third Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. The Motion is Unopposed by the Union Defendants. In support, Plaintiff states as follows:

Plaintiff seeks leave to amend for the limited purpose of addressing perceived pleading deficiencies raised by the Union Defendants in their Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. 42, 43). The Union Defendants moved to dismiss the Second Amended Complaint under Rule 12(b)(6), arguing that Plaintiff failed to sufficiently plead claims for disability discrimination and retaliation against UAW International and UAW Local 1853.

The proposed Third Amended Complaint does not substantially alter the nature of Plaintiff's claims. Instead, it clarifies the factual allegations supporting Plaintiff's ADA claims against the Union Defendants, including the Union Defendants' respective roles, knowledge, participation, and/or ratification of the challenged conduct. The amendment also clarifies the adverse actions Plaintiff alleges were taken against her by the Union Defendants, the basis for

Plaintiff's qualified-individual allegations, and the facts supporting her retaliation claims.

Plaintiff respectfully maintains that the operative Amended Complaint satisfies the federal notice-pleading requirements of Rule 8(a) and states plausible claims for relief under the governing standard. Plaintiff does not concede that amendment is necessary or that any asserted pleading deficiency exists. Nevertheless, to the extent the Court concludes that additional factual detail would assist in framing the issues, Plaintiff respectfully requests leave to file the proposed Third Amended Complaint. Leave would promote judicial economy by clarifying the allegations, narrowing or eliminating disputes concerning pleading sufficiency, and allowing this action to proceed on its merits without further motion practice. Amendment would cause no undue delay, prejudice, or surprise to Defendants, particularly at this early stage of the litigation. The amendment is sought in good faith, at the pleading stage, and not for purposes of delay. The Union Defendants have not answered the Second Amended Complaint, and permitting amendment will allow the case to proceed on a clarified pleading rather than on curable pleading issues.

Because the proposed Third Amended Complaint clarifies these allegations and directly responds to the pleading issues raised by the Union Defendants, justice favors granting leave to amend. Accordingly, Plaintiff respectfully requests that the Court grant this Motion, permit Plaintiff to file the attached Third Amended Complaint, and deny Union Defendants' Motion to Dismiss as moot or otherwise allow Defendants to respond to the Third Amended Complaint within the time permitted by the Federal Rules. Plaintiff contacted the Union Defendants' counsel regarding the proposed amendments and they indicate they do not oppose.

Respectfully submitted,

*/s/ Lucia V. Izzolo*
Heather Moore Collins, BPR # 026099

Lucia V. Izzolo BPR #042496
HMC Civil Rights Law, PLLC
302 Peachtree St.
Nashville, TN 37210
heather@hmccivilrights.com
lucia@hmccivilrights.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served via the Court's ECF system on the September 14, 2026 to all counsel of record.

Colleen E. Mallea
cmallea@littler.com
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323

Jaclyn R. Giffen
jgiffen@littler.com
LITTLER MENDELSON, P.C.
500 Woodward Ave., Suite 2600
Detroit, Michigan 48226
Telephone: 313.446.6400
Facsimile: 313.446.6405
*Attorneys for Defendant General Motors, LLC*

Samuel Morris
Timothy Taylor
GODWIN, MORRIS,
LAURENZI & BLOOMFIELD, P.C.
80 Monroe Avenue, Suite 315
Memphis, TN 38103
Office: 901-528-1702
Facsimile: 901-528-0246
smorris@gmlblaw.com
ttaylor@gmlblaw.com

*Attorneys for UAW and UAW Local 1853*

*/s/ Lucia V. Izzolo*
Lucia V. Izzolo